A06A2225. SNYDER v. THE STATE.
(667 SE2d 392)

SMITH, Presiding Judge.

In *Snyder v. State*, 283 Ga. 211 (657 SE2d 834) (2008), the Supreme Court of Georgia reversed the judgment of this court in *Snyder v. State*, 284 Ga. App. 350 (643 SE2d 861) (2007). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ruffin, P. J., and Phipps, J., concur.*

DECIDED SEPTEMBER 12, 2008.

*Brendan N. Fleming*, for appellant.
*Daniel J. Craig, District Attorney, Jason R. Troiano, Assistant District Attorney*, for appellee.